| AO 435 (Rev. 04/18) *Please Read Instructions:* | Administrative Office of the United States Courts **TRANSCRIPT ORDER** | | **FOR COURT USE ONLY** **DUE DATE:** | |
|---|---|---|---|---|
| 1. NAME | | 2. PHONE NUMBER | 3. DATE | |
| 4. MAILING ADDRESS | | 5. CITY | 6. STATE | 7. ZIP CODE |
| 8. CASE NUMBER | 9. JUDGE | DATES OF PROCEEDINGS | | |
| | | 10. FROM | 11. | |
| 12. CASE NAME | | LOCATION OF PROCEEDINGS | | |
| | | 13. CITY | 14. STATE | |

15. ORDER FOR
    APPEAL      CRIMINAL      CRIMINAL JUSTICE ACT      BANKRUPTCY
    NON-APPEAL      CIVIL      IN FORMA PAUPERIS      OTHER *(Specify)*

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| VOIR DIRE | | TESTIMONY (Specify Witness) | |
| OPENING STATEMENT (Plaintiff) | | | |
| OPENING STATEMENT (Defendant) | | | |
| CLOSING ARGUMENT (Plaintiff) | | PRE-TRIAL PROCEEDING (Spcy) | |
| CLOSING ARGUMENT (Defendant) | | | |
| OPINION OF COURT | | | |
| JURY INSTRUCTIONS | | OTHER (Specify) | |
| SENTENCING | | | |
| BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | $3.65 per page | | NO. OF COPIES | | |
| 14-Day | $4.25 per page | | NO. OF COPIES | | |
| EXPEDITED | $4.85 per page | | NO. OF COPIES | | |
| 3-Day | $5.45 per page | | NO. OF COPIES | | |
| DAILY | $6.05 per page | | NO. OF COPIES | | |
| HOURLY | $7.25 per page | | NO. OF COPIES | | |
| REALTIME | Call for info | | | | |

| CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional). | ESTIMATE TOTAL | |
|---|---|---|
| 18. SIGNATURE | PROCESSED BY | |
| 19. DATE | PHONE NUMBER | |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

**DISTRIBUTION:**     COURT COPY     TRANSCRIPTION COPY     ORDER RECEIPT     ORDER COPY